UNITED STATES DISTRICT COURT
FOR THE DISTRICT OF COLORADO
**Judge Wiley Y. Daniel**

Criminal Case No. 06-cr-00310-WYD

UNITED STATES OF AMERICA,

    Plaintiff,

v.

1. EFREN BRITO-BRITO, and
2. NOEL BRITO-BRITO,

    Defendants.

## ORDER

This matter is before the Court on two motions filed by Defendant Noel Brito-Brito on September 18, 2006:  (1) the Unopposed Motion to Strike Trial Preparation Conference and Jury Trial, and (2) the Unopposed Motion for Enlargement of Time. For the reasons stated below, these motions are granted.

I first address Defendant Noel Brito-Brito's Unopposed Motion to Strike Trial Preparation Conference and Jury Trial.  Defendant seeks therein to strike the trial set to commence October 16, 2006, and the final trial preparation conference set for October 6, 2006, at 4:00 p.m.  It is argued that the trial and conference should be stricken since Defendant has sought a 30 day enlargement of the deadline to file motions, and that the motions will thus be filed after the scheduled trial date.  I find that Defendant's motion should be granted, and thus vacate the trial and the final trial preparation conference.  I also find that speedy trial deadlines are tolled pursuant to 18

U.S.C. § 3161(h)(1)(F) since both Defendants have filed motions that have not yet been heard or decided.

I also grant Defendant Noel Brito-Brito's Unopposed Motion for Enlargement of Time. Counsel for Defendant has shown that he needs additional time to review the discovery and to file motions. Accordingly, Defendant Noel Brito-Brito is granted a 30 day extension of time to file motions, up to and including Wednesday, October 18, 2006. The Government's responses are due by Monday, October 30, 2006. Also by October 30, 2006, counsel shall contact my chambers at (303) 844-2170 to set a hearing on pending motions.

In conclusion, it is

ORDERED that Defendant's Unopposed Motion to Strike Trial Preparation Conference and Jury Trial is **GRANTED**. In accordance therewith, it is

ORDERED that the three-day jury trial set to commence Monday, October 16, 2006, and the final trial preparation conference set October 6, 2006, at 4:00 p.m. are **VACATED**. It is

FURTHER ORDERED that Defendant Noel Brito-Brito's Unopposed Motion for Enlargement of Time is **GRANTED**. Defendant Noel Brito-Brito has up to and including **Wednesday, October 18, 2006** to file motions. The Government has until **Monday, October 30, 2006**, to file responses. Finally, it is

ORDERED that by **Monday, October 30, 2006**, the parties shall contact chambers to set a hearing on pending motions. A new trial date will be set at that hearing.

Dated: September 26, 2006

                                BY THE COURT:

                                s/ Wiley Y. Daniel
                                Wiley Y. Daniel
                                U. S. District Judge