UNITED STATES DISTRICT COURT
FOR THE DISTRICT OF COLORADO
**Judge Wiley Y. Daniel**

Criminal Case No.  06-cr-00310-WYD

UNITED STATES OF AMERICA,

     Plaintiff,

v.

1.  EFREN BRITO-BRITO,
2.  NOEL BRITO-BRITO,

     Defendants.

## ORDER

     THIS MATTER is before the Court on a review of the file.  A status report was filed on May 11, 2007, and no further activity has occurred since then.

     The status report advises that Efren Brito-Brito is currently a fugitive.  As to Noel Brito-Brito, the report advises that defense counsel was to meet with his client and elect whether to engage in plea negotiations or to proceed to a hearing on his presently pending motions.  Also, the report advises that if Noel Brito-Brito elected to proceed with plea negotiations, the Government would need a period of time (30-45 days) to negotiate a plea agreement.  The status report notes that due to the pendency of pretrial motions, speedy trial is currently tolled or, alternatively, there is an independent basis to exclude time under the Speedy Trial Act as to Efren Brito-Brito under 18 U.S.C. § 3161(h)(8)(B)(iv).   Finally, the parties requested an extension of not less than 45 days in which to file a notice of disposition or further status report.

The Court, having reviewed the status report and being fully advised in the premises,

ORDERS that speedy trial is tolled pursuant to 18 U.S.C. § 3161(h)(1)(F) since there are pending motions that have not yet been heard or decided.  Further, speedy trial is tolled as to Defendant Efren Brito-Brito pursuant to 18 U.S.C. § 3161(h)(3(A) since he is a fugitive.  It is

FURTHER ORDERED that the parties shall file an updated status report on or before **Wednesday, August 8, 2007**.

Dated:  July 30, 2007

BY THE COURT:

s/ Wiley Y. Daniel
Wiley Y. Daniel
U. S. District Judge.