IN THE UNITED STATES DISTRICT COURT
                        FOR THE DISTRICT OF COLORADO
                           JUDGE WILEY Y. DANIEL
_____

Date:              January 14, 2008        Probation:    Jan Woll
Courtroom Deputy:  Robert R. Keech         Interpreter:  N/A
E.C.R./Reporter:   Kara Spitler
_____

Criminal Case No: **06-cr-00310-WYD**       Counsel:

UNITED STATES OF AMERICA,                   James R. Boma

          Plaintiff,

v.

**2. NOEL BRITO-BRITO**,                    Richard N. Stuckey

          Defendant.
_____

                              **SENTENCING**
_____

**4:04 p.m.**      Court in Session - Defendant present (on-bond)

                   **Change of Plea Hearing - October 24, 2007**
                   **Plea of Guilty - counts one, two, and three of Indictment**

                   APPEARANCES OF COUNSEL.

                   Court's opening remarks.

4:05 p.m.          Statement on behalf of Government (Mr. Boma).

4:06 p.m.          Statement on behalf of Defendant (Mr. Stuckey).

4:16 p.m.          Statement by Defendant on his own behalf (Mr. Brito-Brito).

                   Court makes findings.

**ORDERED:** Government's Motion for Decrease for Acceptance of Responsibility Pursuant to U.S.S.G. Section 3E1.1(b) (#98 - 1/7/08) is **GRANTED.**

Order Granting Government's Motion for Defendant to Receive the Third Level for Acceptance of Responsibility under U.S.S.G. §3E1.1(b) is **APPROVED BY THE COURT.**

**ORDERED:** Government's Motion for Downward Departure Pursuant to 5K1.1 (#97 - 1/7/08) is **GRANTED.**

**ORDERED:** Defendant's Motion for Downward Departure/Variance (#96 - 1/5/08) is **DENIED.**

**ORDERED:** Defendant be **imprisoned** for **34** months on each of counts one, two and three, to run concurrently.

**ORDERED:** Upon release from imprisonment, defendant shall be placed on **supervised release** for a period of **5** years on each of counts one, two and three; to run concurrently.

**ORDERED:** **Conditions** of **Supervised Release** are:

(X)  Within 72 hours of release from the custody of the Bureau of Prisons, defendant shall report in person to the probation office in the district to which the defendant is released.

(X)  Defendant shall not commit another federal, state or local crime.

(X)  Defendant shall not possess a firearm as defined in 18 U.S.C. § 921.

(X)  Defendant shall comply with standard conditions adopted by the Court.

(X)  Defendant shall not unlawfully possess a controlled substance.

(X)  The Defendant shall refrain from the unlawful use of a controlled substance and submit to one drug test within 15 days of release on supervised release and two periodic drug tests thereafter for use of a controlled substance.

(X)  The defendant shall cooperate in the collection of D.N.A. as directed by the probation officer.

**ORDERED:** **Special Condition(s)** of **Supervised Release** are:

(X) Defendant shall participate in a program of testing and treatment for drug abuse as directed by the probation officer. Defendant shall abstain from the use of alcohol or other intoxicants during the course of treatment. Defendant will be required to pay the cost of treatment as directed by probation.

**ORDERED:** Defendant shall pay **$300.00** to **Crime Victim Fund** (Special Assessment) to be paid immediately.

**ORDERED:** **No fine** is imposed because defendant has no ability to pay a fine, cost of incarceration or supervision.

**ORDERED:** Defendant may surrender voluntarily as follows: **Report to the designated institution on or before Monday, February 11, 2008, at 12:00 noon.**

**ORDERED:** Defendant advised of right to appeal the sentence imposed by the Court. Any notice of appeal must be filed within ten (10) days. Defendant advised of right to appeal in forma pauperis.

**Court RECOMMENDS that the Bureau of Prisons place the defendant at FCI - Terminal Island.**

The court finds that defendant **is not** likely to flee or be a danger to self or others and it is **ORDERED**: **BOND CONTINUED.**

**4:25 p.m.** Court in Recess - HEARING CONCLUDED

**TOTAL TIME: 0:21**