UNITED STATES DISTRICT COURT
FOR THE DISTRICT OF COLORADO
**Chief Judge Wiley Y. Daniel**

Criminal Case No.  06-cr-00310-WYD

UNITED STATES OF AMERICA,

    Plaintiff,

v.

2.  NOEL BRITO-BRITO,

    Defendant.

## ORDER

    This matter is before the Court on Defendant's Motion for Return of Passport for Delivery to Bureau of Prisons (filed July 21, 2009).  The motion asserts that the Bureau of Prisons needs proof of citizenship for Defendant to be moved to a Federal Prison Camp, and that Defendant's passport is the only evidence he has of citizenship.  Accordingly, Defendant requests that undersigned counsel be allowed to receive the passport from the clerk's office to mail to the Bureau of Prisons at the United States Penitentiary in Lompoc, California, or that the Court itself send the passport by certified mail to the Lompoc Penitentiary.

    The Court, having reviewed the motion and being fully advised in the premises,

    ORDERS that Defendant's Motion for Return of Passport is **GRANTED**.  The Clerk's Office shall release Defendant's passport to his counsel, Richard N. Stuckey, who shall then send the passport by certified mail to the United States Penitentiary in Lompoc, California.

Dated: August 19, 2009

BY THE COURT:

s/ Wiley Y. Daniel
Wiley Y. Daniel
Chief United States District Judge